NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RINGO CHAN,**
*Petitioner*

**v.**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**
*Respondent*

---

2020-1239

---

Petition for review of the Merit Systems Protection Board in No. SF-4324-19-0153-I-1.

---

## JUDGMENT

---

ADAM AUGUSTINE CARTER, The Employment Law Group, PC, Washington, DC, argued for petitioner. Also represented by ROBERT SCOTT OSWALD.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CLAUDIA BURKE, JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2020        /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court